FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 13-10148   WV   Judge: T.M. WEAVER |
|---|---|
| Case Name: | MICALETTI, EMANUEL PHILIO |
|  | MICALETTI, KATHLEEN MARY |
| For Period Ending: | 01/22/14 |

| Trustee Name: | G. David Bryant, Trustee OBA #1264 |
|---|---|
| Date Filed (f) or Converted (c): | 01/17/13 (f) |
| 341(a) Meeting Date: | 02/12/13 |
| Claims Bar Date: |  |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Lot Ten (10) in Block Fiftee (15) of EAGLE LAKE ESTATES SECTION 2, an addition to Oklahoma City, Oklahoma County, Oklahoma, according to the recorded plat thereof 10229 Mantle Ct., Oklahoma City, OK 73162-4438 | 170,000.00 | 0.00 |  | 0.00 | FA |
| 2. Cash in debtor's possession. | 1.00 | 0.00 |  | 0.00 | FA |
| 3. Checking Account - Bank of America - x7545 | 4.39 | 0.00 |  | 0.00 | FA |
| 4. TFCU checking and savings 5884 | 20.00 | 0.00 |  | 0.00 | FA |
| 5. TFCU checking and savings 2489; all monies contained are wages from paycheck dated 1/15/13. | 1,700.00 | 0.00 |  | 0.00 | FA |
| 6. Household goods at the Debtor's residence. | 4,465.00 | 0.00 |  | 0.00 | FA |
| 7. Books and pictures in Debtor's possession. | 300.00 | 0.00 |  | 0.00 | FA |
| 8. Wearing apparel in Debtor's possession. | 600.00 | 0.00 |  | 0.00 | FA |
| 9. Wedding Bands & miscellaneous jewlery | 350.00 | 0.00 |  | 0.00 | FA |
| 10. Camera | 40.00 | 0.00 |  | 0.00 | FA |
| 11. MFS Investment Management, ROTH IRA | 0.00 | 0.00 |  | 0.00 | FA |
| 12. Archdiocese of Oklahoma City, 403 (b) | 800.00 | 0.00 |  | 0.00 | FA |
| 13. 2008 Chrysler Town & Country, VIN#2A8HR64X48R700651 | 16,375.00 | 0.00 |  | 0.00 | FA |
| 14. 1999 Ford Explorer 1FMZU34E9XZA58449 | 2,450.00 | 0.00 |  | 0.00 | FA |
| 15. Oil and gas interest; one interest shared by 2 companies (DCP Midstream and Sunoco) Mollie-Spencer #1 Lease Number OK 0049930000 Debtor receives approx $15-20 annually from the interest. | 50.00 | 0.00 |  | 0.00 | FA |
| 16. Tax Refunds for tax period ending 12/31/12 (u) | 0.00 | 5,293.00 |  | 5,293.00 | FA |
| TOTALS (Excluding Unknown Values) | $197,155.39 | $5,293.00 |  | $5,293.00 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 22, 2014:  G. David Bryant appointed as trustee.
January 21, 2014:  Order to Reopen and Appoint Trustee entere by the court.
January 20, 2013:  Uploaded Order to Reopen to the court.
December 31, 2013:  Filed Motion To Reopen.
May 16, 2013:  Case closed before trustee was able to file opening documents.  Need to file Motion To Reopen.
April 26, 2013:  Received payment from debtors on tax refund.

Initial Projected Date of Final Report (TFR): 01/17/16      Current Projected Date of Final Report (TFR): 01/17/16

/s/     G. David Bryant, Trustee OBA #1264
_____      Date: 01/22/14

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | | |
|---|---|---|
| Case No: | 13-10148  WV  Judge: T.M. WEAVER | Trustee Name: G. David Bryant, Trustee OBA #1264 |
| Case Name: | MICALETTI, EMANUEL PHILIO | Date Filed (f) or Converted (c): 01/17/13 (f) |
| | MICALETTI, KATHLEEN MARY | 341(a) Meeting Date: 02/12/13 |
| | | Claims Bar Date: |

G. DAVID BRYANT, TRUSTEE OBA #1264

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 13-10148 -WV | Trustee Name: | G. David Bryant, Trustee OBA #1264 |
| --- | --- | --- | --- |
| Case Name: | MICALETTI, EMANUEL PHILIO | Bank Name: | FIRST NATIONAL BANK OF VINITA |
|  | MICALETTI, KATHLEEN MARY | Account Number / CD #: | *******1506  GENERAL CHECKING |
| Taxpayer ID No: | 46-6740862 |  |  |
| For Period Ending: | 01/22/14 | Blanket Bond (per case limit): | $ 6,507,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| C  04/26/13 | 16 | EMANUEL PHILIO MICALETTI  10229 MANTLE COURT  OKLAHOMA CITY, OK 73162 | Pmt. on Tax Refunds | 1224-000 | 5,293.00 |  | 5,293.00 |
| C  06/05/13 | 003001 | INTERNATIONAL SURETIES, LTD.  One Shell Square  701 Poydras Street, Suite 420  New Orleans, LA 70139 | Blanket Bond Disbursement  LIBERTY MUTUAL INSURANCE  COMPANY  BOND #016018042  TERM: 06/01/13 TO 06/01/14 | 2300-000 |  | 4.14 | 5,288.86 |
| C  06/07/13 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 5,278.86 |
| C  07/08/13 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 5,268.86 |
| C  08/07/13 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 5,258.86 |
| C  09/09/13 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 5,248.86 |
| C  10/07/13 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 5,238.86 |
| C  11/07/13 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 5,228.86 |
| C  12/06/13 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 5,218.86 |
| C  01/08/14 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 10.00 | 5,208.86 |

\* Reversed  
t Funds Transfer  
C Bank Cleared

**Total Of All Accounts    5,208.86**

PFORM24

Ver: 17.04c